IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALCIDEZ MENDOZA DURAN, § <br> A# 205 073 840, § <br> § <br>     *Petitioner*, § <br> § <br> VS. § <br> § <br> KRISTI NOEM, Secretary of the United States § <br> Department of Homeland Security; PAMELA § <br> BONDI, United States Attorney General; § <br> MIGUEL VERGARA, San Antonio Field Office § <br> Director for Enforcement and Removal, U.S. § <br> Immigration and Customs Enforcement, § <br> Department of Homeland Security; BOBBY § <br> THOMPSON, Warden, South Texas Detention § <br> Complex, Pearsall, Texas; UNITED STATES § <br> DEPARTMENT OF HOMELAND SECURITY; § <br> UNITED STATES IMMIGRATION AND § <br> CUSTOMS ENFORCEMENT; EXECUTIVE § <br> OFFICE FOR IMMIGRATION REVIEW, § <br> § <br>     *Respondents*. § | CIVIL ACTION NO. SA-26-CV-162-FB |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) filed by Alcidez Mendoza Duran, who is currently detained in the South Texas Detention Complex in Pearsall, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, BOBBY THOMPSON, with copies of the Petition for Writ of Habeas Corpus (ECF no. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

Warden, South Texas Detention Facility
566 Veterans Dr
Pearsall, TX 78061.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences:** *Vega-Vega v. Bondi,* No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents

may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Alcidez Mendoza Duran is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Petitioner Alcidez Mendoza Duran outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 14th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE